**No. 11-6262. Annette Nash, Petitioner v. Neil B. Ptashnink, et al.**

565 U.S. 1152, 132 S. Ct. 1084, 181 L. Ed. 2d 803, 2012 U.S. LEXIS 495.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1038, 132 S. Ct. 580, 181 L. Ed. 2d 427, 2011 U.S. LEXIS 8106.

———

**No. 11-6279. Linart Randolph, Petitioner v. McKither Bodison, Warden.**

565 U.S. 1152, 132 S. Ct. 1084, 181 L. Ed. 2d 803, 2012 U.S. LEXIS 478.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 987, 132 S. Ct. 520, 181 L. Ed. 2d 366, 2011 U.S. LEXIS 7881.

———

**No. 11-6313. In re Theodore Shove, et al., Petitioners.**

565 U.S. 1152, 132 S. Ct. 1085, 181 L. Ed. 2d 803, 2012 U.S. LEXIS 430.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 940, 132 S. Ct. 441, 181 L. Ed. 2d 289, 2011 U.S. LEXIS 7170.

———

**No. 11-6373. Damon Hudson, Petitioner v. Blaine Lafler, Warden.**

565 U.S. 1152, 132 S. Ct. 1085, 181 L. Ed. 2d 803, 2012 U.S. LEXIS 527.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 988, 132 S. Ct. 524, 181 L. Ed. 2d 368, 2011 U.S. LEXIS 7822.

———

**No. 11-6391. Duane Edward Buck, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1152, 132 S. Ct. 1085, 181 L. Ed. 2d 803, 2012 U.S. LEXIS 502.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1022, 132 S. Ct. 32, 181 L. Ed. 2d 411, 2011 U.S. LEXIS 7925.

———

**No. 11-6415. Michael Petros, Petitioner v. Paul Boos, et al.**

565 U.S. 1152, 132 S. Ct. 1085, 181 L. Ed. 2d 803, 2012 U.S. LEXIS 492.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1041, 132 S. Ct. 588, 181 L. Ed. 2d 432, 2011 U.S. LEXIS 8219.

———

**No. 11-6838. Steven L. Pinder, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

565 U.S. 1152 132 S. Ct. 1085, 181 L. Ed. 2d 803, 2012 U.S. LEXIS 413.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1069, 132 S. Ct. 782, 181 L. Ed. 2d 501, 2011 U.S. LEXIS 8585.